IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DANIEL R. MCMAHAN,**<br><br>　　　　　　**Plaintiffs,**<br><br>v.<br><br>**OFFICER BOLOCK, and**<br>**OFFICER FERGUSON,**<br><br>　　　　　　**Defendants.** | Case No. 23-cv-03699-SPM |

## NOTICE OF IMPENDING DISMISSAL

**MCGLYNN, District Judge:**

　　　　This matter is before the Court for case management purposes. Plaintiff initiated this suit on October 10, 2023, alleging that his constitutional rights have been violated while at the Pulaski County Jail. On October 31, 2023, this case was transferred from the Eastern District of Missouri. (Doc. 3). After this case was transferred, Plaintiff was directed to submit a $402.00 filing fee or file a motion to proceed without prepayment of the filing fee ("IFP") by December 15, 2023. (Doc. 6). Plaintiff was warned that failure to pay the filing fee or submit a motion e to proceed IFP would result in dismissal of this case. Plaintiff has also been directed twice to file the form regarding consenting or declining to consent to magistrate judge jurisdiction. (Doc. 5, 7). He has been informed that failure to file the form could result in sanctions.

　　　　The deadlines for filing the consent form and paying the filing fee have passed, and Plaintiff has not filed the form or met the filing fee requirement as directed by the Court. Thus, Plaintiff will be given one last opportunity to pursue this case.

　　　　Plaintiff is **ORDERED** to file a motion to proceed IFP or pay the $402.00 filing fee for this case on or before **January 11, 2024.** Additionally, he must file the attached from indicating

consent to proceed before a magistrate judge or an affirmative declination to consent by **January 11, 2024**. Failure to comply with this Order will result in dismissal of this action for want of prosecution and/or for failure to comply with a court order under Federal Rule of Civil Procedure 41(b) without further notice.

Plaintiffs is **ADVISED** of his continuing obligation to keep the Clerk and each opposing party informed of any change in his address. The Court will not independently investigate Plaintiffs' whereabouts. This shall be done in writing and not later than 7 days after a transfer or other change in address occurs.

**IT IS SO ORDERED.**

**DATED:   December 21, 2023**

　　　　　　　　　　　　　　　　　　　　*s/Stephen P. McGlynn*
　　　　　　　　　　　　　　　　　　　　**STEPHEN P. MCGLYNN**
　　　　　　　　　　　　　　　　　　　　**United States District Judge**